JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY GARCIA; ALVARO GARCIA; GUADALUPE GARCIA,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA; U.S. DEPARTMENT OF HOMELAND SECURITY; AND DOES 1 to 25, inclusive,<br><br>Defendants. | Case No. 2:23-cv-02629-SB-RAO<br><br>**ORDER GRANTING JOINT STIPULATION AND DISMISSING ACTION WITHOUT PREJUDICE** |

Plaintiffs Amy Garcia, Alvaro Garcia, and Guadalupe Garcia (Plaintiffs), and Real Party-Defendant in Interest Alejandro Mayorkas, Secretary of the United States Department of Homeland Security and Defendant the United States of America[1] (together, the Defendants) having filed a Joint Stipulation Dismissing the Action Without Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

---

[1] On April 14, 2023, the United States filed a Notice of Substitution, Dkt. 9, which pursuant to 28 U.S.C. § 2679(d) substituted the United States as the Defendant in place and instead of individual defendant Gustavo Rios. The United States therefore enters into this stipulation in that capacity as the Defendant in the place of that former defendant.

IT IS HEREBY ORDERED:

1. Plaintiffs' claims against the Defendants in this action are dismissed without prejudice;
2. All proceedings in this case are vacated and taken off calendar; and
3. Each party will bear its own costs, fees, and expenses.

Dated: April 24, 2023

Stanley Blumenfeld, Jr.
United States District Judge

2